GLENN D. POMERANTZ (State Bar No. 112503)
JOSHUA P. GROBAN (State Bar No. 200095)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702
Glenn.Pomerantz@mto.com
Joshua.Groban@mto.com

Attorneys for Defendant
UNIVERSAL MUSIC GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ROCK RIVER COMMUNICATIONS, INC., | CASE NO.  CV 08-00635 CAS |
|---|---|
| Plaintiff, | PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION |
| vs. | |
| UNIVERSAL MUSIC GROUP, INC., | |
| Defendant. | |

Upon the stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED THAT:

The Stipulation Regarding Protective Order Concerning Confidential Information submitted by the parties on March 23, 2009 shall be entered.

Dated:  March 25, 2009

_____
HONORABLE ANDREW J. WISTRICH
United States Magistrate Judge

7416281.1

[PROPOSED] ORDER
CV08-00635