1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10                 WESTERN DIVISION
11

| | |
|---|---|
| ROCK RIVER COMMUNICATIONS, INC., | ) Case No. CV-08-635 CAS (AJWx) ) |
| Plaintiff, | ) **JUDGMENT** ) |
| vs. | ) ) Honorable Christina A. Snyder |
| UNIVERSAL MUSIC GROUP, INC., et al. | ) Courtroom: 5 ) ) |
| Defendants. | ) |

1 | Pursuant to the Court's April 27, 2011 Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment (Dkt. 341), the Court's August 9, 2011 Order Granting Defendants' Motion for Summary Judgment (Dkt. 409), and the Court's November 3, 2011 Order Denying Plaintiff's Motion for Reconsideration (Dkt. 427),

**IT IS HEREBY ORDERED** that judgment be entered dismissing the above-captioned action against all Defendants with prejudice, with each side to bear its own costs.

Date: December 1, 2011

_____
Hon. Christina A. Snyder
United States District Judge

#48858

1