GLENN D. POMERANTZ (SBN 112503)
KELLY M. KLAUS (SBN 161091)
BENJAMIN J. MARO (SBN 270590)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702
Glenn.Pomerantz@mto.com
Kelly.Klaus@mto.com
Benjamin.Maro@mto.com

*Attorneys Universal Music Group, Inc.,
Universal Music Group International, Ltd.,
and UMG Recordings, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROCK RIVER COMMUNICATIONS, INC.,<br><br>             Plaintiff,<br><br>      vs.<br><br>UNIVERSAL MUSIC GROUP, INC., et al.<br><br>             Defendants. | CASE NO. CV 08-00635 CAS (AJWx)<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL**<br><br>Judge:  Hon. Christina A. Snyder |

[PROPOSED] ORDER
CV-08-00635

24015044.1

Upon the stipulation of the parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and for good cause shown, IT IS HEREBY ORDERED THAT:

1. No party admits liability.
2. Plaintiff Rock River Communications, Inc. dismisses its claims with prejudice.
3. Each party shall bear its own costs and fees.

Dated: July 9, 2014

*Christina A. Snyder*

Honorable Christina A. Snyder
United States District Court Judge